IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON LEE BROWN, | ) | |
| | ) | Civil Action No. 7:23cv00392 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| SOUTHWEST VA REGIONAL | ) | |
| JAIL AUTH., *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

---

Plaintiff Jason Lee Brown, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered July 7 and 19, 2023, the court advised Brown that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF Nos. 3 & 8.) The court further advised Brown that failure to provide an updated address would result in dismissal of this action. (*Id.*)

On August 21, 2023, an order mailed to Brown was returned to the court as undeliverable, indicating that Brown is no longer incarcerated at Southwest Virginia Regional Jail—Haysi, and with no forwarding address. (*See* ECF No. 13.) To date, Brown has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Brown's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 1st day of September, 2023.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE